IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2005 MAY -3  A 11: 17

DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05cr 118-M |
| | ) | [18 USC 641; 1382] |
| v. | ) | |
| | ) | |
| CALVIN FLOWERS | ) | |
| 113 Martin Luther King Dr. | ) | INFORMATION |
| Elba, AL  36323 | ) | |

The United States Attorney charges that:

## COUNT I

On or about the 5th of February 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, CALVIN FLOWERS did knowingly and wrongfully convert to his own use or the use of another, things of value of the United States Government, valued at $1,000.00 or less, to wit:  six (6) cartons of cigarettes, two (2) packs of smokeless tobacco and one (1) case of cigars, in violation of Title 18, Section 641, United States Code.

## COUNT II

On or about the 5th of February 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, CALVIN FLOWERS did violate the provisions of an Order Not to Re-Enter Fort Rucker by re-entering and unlawfully remaining on the Fort Rucker installation, in violation of Title 18, Section 1382, United States Code.

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


RICHARD DODSON
SPECIAL ASSISTANT U.S. ATTORNEY
OH BAR NO. 0076151
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama  36362-5000
(334) 255-9141

STATE OF ALABAMA        )    AFFIDAVIT
                        )
DALE COUNTY             )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama.  Investigation revealed that at approximately 6:50 P.M., February 05, 2005, at the Army and Air Force Mini Mall, Building 6600, Fort Rucker, Alabama, a store customer observed an individual later identified as CALVIN FLOWERS placing tobacco products into his shirt.  Mr. Flowers exited the store without rendering payment for the merchandise.  Mr. Flowers was asked to show his receipt for the merchandise in question, which he failed to do.  There were five cartons of "Newport" cigarettes, one carton of "Kool" cigarettes, one case of "Middleton's Black and Mild cigars and two logs of "Skoal Bandits Wintergreen" smokeless tobacco found on his person.  Mr. Flowers was also identified as being a person who was barred from post.

_____
Kristy M. Armstrong, SGT, U.S. Army


Subscribed and sworn to (or affirmed) before me this ⎯25⎯ day of 2005.



_____
NOTARY PUBLIC

My commission expires:  23 DEC 2006