| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** 5/17/05 |
| **MIDDLE DISTRICT OF ALABAMA** | |

**TAPE NO:** 4066 @ 2605 TO 2858
(10: 45 a.m. to 10:47 a.m.)

☐ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☒ ARRAIGNMENT
☐ PRELIMINARY EXAMINATION

*Deft presently in custody in case 2:02CR165-VPM*

**PRESIDING MAG. JUDGE:** VANZETTA P. MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 1:05CR118-VPM   **NAME:** CALVIN FLOWERS

**AUSA:** SEAN P. TARANTINO   **DEFT. ATTY:** JOSPEH VAN HEEST

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ☒ CDO

**USPO:** _____

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES   NAME: _____

| | |
|---|---|
| ☐kars. | Date of Arrest _____ or ☐karsr40 |
| ☒kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☒kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel  ☐ ORAL MOTION |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☒koappted | ORDER appointing Community Defender Organization - **ORAL ORDER** |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐kgm. | ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; ☐Government's **WRITTEN** Motion for Detention Hrg. filed |
| ☐kdmhrg. | Detention Hearing ☐ held; ☐ set for _____ at _____ |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released  (kloc LR) |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐kloc.(LC) | Bond not executed. Deft to remain in Marshal's custody |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ Preliminary Hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☒karr. | ARRAIGNMENT ☒ HELD. Plea of **NOT GUILTY** entered. |
| | ☐ Trial Set for _____   ☐ PRETRIAL CONF. DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |