# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

HON. VANZETTA P MCPHERSON, JUDGE    AT    MONTGOMERY, ALABAMA

DATE COMMENCED:     7/5/05          AT

DATE COMPLETED:     7/5/05          AT          **Digital Recorded   - 9:44 - 9:51    (7 min)**

USA                                 *
                                    *
        Plaintiff                   *
                                    *
VS.                                 *        CASE NO.   1:05cr118-M
                                    *
CALVIN FLOWERS                      *
        Defendant                   *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Kent Brunson | | Kevin Butler |
| | * | |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA ROBINSON          COURT REPORTER:

( X) OTHER PROCEEDINGS:     ***STATUS CONFERENCE ON CHANGE OF PLEA***

9:44   Atty Butler makes known to the Court that the Relationship between Defendant and Counsel is fine; He presents the Court with a letter from Defendant

9:47   Court Suggests that a date be set for Defendant's Plea

9:48   Atty Butler will get with Government regarding the Plea Agreement

9:49   Court will give date to Clerk for Plea; Clerk will notify Atty Butler and Atty Tarantino

9:50   Court suggests Atty Tarantino give special attention to the defendant's ability to enter the Military Base

9:51   Attorney Butler informed the Court that Supervisor, Ms. Freeman, is fully aware of this case

9:52   Court in Recess