IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr118-M |
| | ) | |
| CALVIN FLOWERS | ) | |

## **ORDER**

The defendant, CALVIN FLOWERS, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, CALVIN FLOWERS, appear with counsel before the undersigned Magistrate Judge on 11 July 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 6th day of July.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE