| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** _7/14/05_   **FTR RECORDING:** _2:04-2:35_ |
| **MIDDLE DISTRICT OF ALABAMA** | **COURT REPORTER:** _N/A_ |

❏ ARRAIGNMENT   √ CHANGE OF PLEA   ❏ CONSENT PLEA

❏ RULE 44(c) HEARING   √ SENTENCING

---

**PRESIDING MAG. JUDGE:** _VANZETTA PENN MCPHERSON_   **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _1:05cr118-M_   **DEFENDANT NAME:** _CALVIN FLOWERS_

**AUSA:** _SEAN PATRICK TARANTINO_   **DEFENDANT ATTY:** _KEVIN BUTLER_

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** _Leslie Craft_

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present?   ___x___ NO   _____ YES   Name:_____

---

❏   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏   WAIVER OF INDICTMENT executed and filed.

❏   MISDEMEANOR INFORMATION filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty         ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

   √ Count(s) ___1, 2___ of the Misdemeanor Information.

   ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

                                                ❏ to be dismissed at sentencing

❏   No Plea Agreement entered.

☒   Written plea agreement filed.   ❏ OPEN/ORAL Plea Agreement.   ❏ ORDERED SEALED.

❏   _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

❏   **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

   ❏ Trial on _____ ;   ❏ Sentencing on _____   ❏ _____ Bond   ❏ to be set by Separate Order

❏   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____ ; or ❏ Sentencing on _____   ❏ set by separate Order.

Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed.

   ❏ Detention requests time to secure new counsel.