IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 1:05CR118-M |
| | ) | |
| CALVIN FLOWERS | ) | |

## UNOPPOSED MOTION TO CORRECT SENTENCE

COMES NOW, Calvin Flowers, by and through undersigned counsel, Kevin L. Butler, and pursuant to Federal Rule of Criminal Procedure 35(a), moves to correct the sentence imposed in this case. In support of this motion, defense states the following:

1.  On July 14, 2005, this Court imposed a sentence in this matter and Case No.: 1:05cr50-M. The Court imposed a sentence of incarceration as to both counts. The Court also imposed a one year term of supervised release in this case and Case No.: 1:05cr50-M and ordered them to run consecutively for a total term of two years of supervised release.

2.  After speaking with the United States Probation Office, the parties agree that though the Court can impose one year terms of supervised release in this case and Case No.: 1:05cr50-M, the terms must run **concurrently**.

WHEREFORE all parties respectfully request the sentence be modified so that the one year terms of supervised release imposed in cases: Cr. No.: 1:05cr50-M and CR. No.: 1:05cr118-M run concurrently.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 1:05CR118-M |
| | ) |
| CALVIN FLOWERS | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Sean P. Tarantino
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138