IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05CR118-M |
| | ) | |
| CALVIN FLOWERS | ) | |

**ORDER**

For the reasons stated in the motion, it is

ORDERED that the defendant's unopposed Motion To Correct Sentence, filed on 15 July 2005 (Doc. # 15), is GRANTED. Accordingly, the defendant's sentence, imposed on 14 July 2005, is hereby AMENDED as follows:

1. The court imposes a one-year term of supervised release in this case.

2. The term of supervised release in this case shall run concurrently with the one-year term of supervised release previously imposed in Case No. 1:05CR50-M.

DONE this 18th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE