PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
The Middle District of Alabama

RECEIVED

## Petition for Warrant or Summons for Offender Under Supervision

2006 DEC -8 A 9: 51

Name of Offender: Calvin Flowers                     Case Number: 1:05CR00118-VPM

U.S. DISTRICT COURT

Name of Sentencing Judicial Officer: Honorable Vanzetta Penn McPherson, United States Magistrate Judge

Date of Original Sentence: July 14, 2005

Original Offense: 18 USC § 641-Theft of Government Property; 18 USC §1382-Trespassing

Original Sentence: 6 months custody; one year term of supervised release

Type of Supervision:  Supervised Release         Date Supervision Commenced: October 20, 2006

Assistant U.S. Attorney: Kent B. Brunson            Defense Attorney: Federal Defender

## PETITIONING THE COURT

■ To issue a warrant
☐ To issue a summons

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |

1. **Violation of mandatory condition of supervised release which states, "While on supervised release, the defendant shall not commit another federal, state, or local crime."**

On December 5, 2006, Flowers was arrested by Officers Gerald Stanley and William Mansfield of the Daleville, Alabama Police Department and charged with Disorderly Conduct. According to the arrest report, the Daleville, Alabama Police Department received a call concerning a black man "acting strangely" at the Food Mart located in Daleville, Alabama. The man, later identified as Calvin Flowers, was questioned by police officers. During the questioning, Flowers became loud and began cursing at the officers. The officers ask Flowers to leave the premises, and to stop cursing at them. Flowers continued cursing the officers, and refused to cooperate with them. Flowers was arrested and charged with Disorderly Conduct.

2. **Violation of mandatory condition of supervised release which states, "While on supervised release, the defendant shall not commit another federal, state, or local crime."**

On December 6, 2006, Officers Gerald Stanley and William Mansfield of the Daleville, Alabama Police Department were dispatched to the Stop-N-Go Food Mart on South Daleville Avenue in Daleville, Alabama. They received reports of a black male, later identified as Calvin Flowers, throwing bottles at vehicles in the South Daleville Avenue area. The officers spoke to the victim, Mr. Rickey Skinner, when they arrived at the scene. Mr. Skinner stated that he was traveling on South Daleville Avenue when he saw a black male on the shoulder of the road. Mr. Skinner attempted to elude Flowers by moving his vehicle as close to the center line as traffic would allow him. Mr. Skinner reported that once he reached Flower's location on South Daleville Avenue, Flowers threw a bottle at his vehicle, shattering his windshield. Mr. Skinner stopped his vehicle in the parking lot of the Stop-N-Go Food Mart, and contacted the Daleville Police Department. While Mr. Skinner was attempting to contact the Daleville Police Department, Flowers approached the vehicle with an open pocket knife. Flowers began cursing and yelling at Mr. Skinner to "get out of the truck". Mr. Skinner noticed a Dale County, Alabama Sheriff's vehicle approaching, and attempted to get their attention. Flowers began walking away form Mr. Skinner, and walked north into some trees off South Daleville Avenue. While officers were questioning Mr. Skinner, Flowers was observed walking toward them on South Daleville Avenue. Mr. Skinner identified Flowers as the offender while he was approaching the scene. Officers arrested Flowers, and charged him with Throwing an Object into a Moving Vehicle.

3.   **Violation of mandatory condition of supervised release which states, "While on supervised release, the defendant shall not commit another federal, state, or local crime."**

On December 6, 2006, Flowers was arrested by officers of the Daleville, Alabama Police Department and charged with Menacing. As noted in violation number two, Officers Stanley and Mansfield questioned the victim, Mr. Rickey Skinner, concerning a black male throwing a bottle at his vehicle while driving on South Daleville Avenue in Daleville, Alabama. During the questioning, Mr. Skinner identified Flowers as the person who threw the bottle at his vehicle shattering the windshield.

4.   **Violation of mandatory condition of supervised release which states, "While on supervised release, the defendant shall not commit another federal, state, or local crime."**

On December 6, 2006, Flowers was arrested by officers of the Daleville, Alabama Police Department and charged with Criminal Mischief, 3rd Degree. As noted in violation number two, Officers Stanley and Mansfield questioned the victim, Mr. Rickey Skinner, concerning a black male throwing a bottle at his vehicle while driving on South Daleville Avenue in Daleville, Alabama. During the questioning, Mr. Skinner identified Flowers as the person who threw the bottle at his vehicle shattering the windshield.

**U. S. Probation Officer Recommendation:**

■ The term of supervision should be

   ■ revoked.

   ☐ extended for __ months

☐ The conditions of supervision should be modified.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/7/2006.

Brad Brockett
United States Probation Officer

Reviewed and Approved:

Robert A. Pitcher, Senior U. S. Probation Officer/OIC

THE COURT ORDERS:

☐ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ No Action
☐ Other

                                                            Signature of Judicial Officer

                                                            Date