IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 1:05-CR-50-CSC and |
| | ) | 1:05CR-118-CSC |
| CALVIN FLOWERS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a preliminary hearing and a final revocation hearing on the Petition to Revoke Supervised Release be and is hereby set for **April 2, 2007, at 3:00 p.m.**, in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 23rd day of March, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE