AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>CALVIN FLOWERS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 1:05CR50-CSC and 1:05CR118-CSC<br>USM Number:<br>KEVIN L. BUTLER<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) 2, 3, 4, 5, and 6 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Throwing Object into a Moving Vehicle | 12/6/06 |
| 3 | Menacing | 12/6/06 |
| 4 | Criminal Mischief | 12/6/06 |
| 5 | Criminal Trespassing | 12/12/06 |
| 6 | Assault | 1/15/07 |

The defendant is sentenced as provided in page __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) __1__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:
Defendant's Date of Birth: 11-09-1961

April 2, 2007
Date of Imposition of Judgment

*[signature]*
Signature of Judge

CHARLES S. COODY, CHIEF U.S. MAGISTRATE JUDGE
Name and Title of Judge

April 4, 2007
Date

Defendant's Residence Address:

Defendant's Mailing Address:
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT: FLOWERS, CALVIN
CASE NUMBER: 1:05CR50-CSC and 1:05CR118-CSC

Judgment — Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   12 MOS. IMPR

That term of supervised release imposed on July 14, 2005 be and is hereby REVOKED. This term of imprisonment includes a twelve (12) month term of imprisonment in Case No. 1:05cr50-CSC, and a twelve (12) month term of imprisonment in Case No. 1:05cr118-CSC, to run concurrently.

X   The court makes the following recommendations to the Bureau of Prisons:
    That the FBOP designate the defendant to facility where mental health treatment and drug counseling is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m.  on _____.
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL