IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO.:   1:05CR118-CSC |
| | ) | |
| CALVIN FLOWERS | ) | |

## NOTICE OF APPEAL

**NOW COMES** the Defendant, **CALVIN FLOWERS,** by and through undersigned counsel, Kevin L. Butler, and files this notice of appeal of his conviction and sentence in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Dated this 6th day of April 2007.

Respectfully submitted,

s/ Kevin L. Butler
**KEVIN L. BUTLER**
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO.:   1:05CR118-CSC |
| | ) | |
| **CALVIN FLOWERS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                    Respectfully submitted,

                                    **s/ Kevin L. Butler**
                                  **KEVIN L. BUTLER**
                                  First Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  E-mail: kevin_butler@fd.org
                                  AZ Bar Code: 014138