IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05CR00118-CSC |
| ) | |
| CALVIN FLOWERS ) | |
| ) | |

**<u>UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Emily M. Ruisanchez, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 19th of April, 2007.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              */s/ Kent Brunson*

                       for  Emily M. Ruisanchez
                                              Special Assistant U.S. Attorney
                                              Soldier Service Center, Bldg. 5700
                                              Fort Rucker, Alabama 36362
                                              Telephone: (334) 255-9141
                                              Fax: (334) 255-1869

```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
          v.                )    CR. NO. 1:05CR00118-CSC
                            )
CALVIN FLOWERS              )
                            )

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I hand delivered the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following: Kevin Butler, Esq., 201 Monroe Street, Suite 407, Montgomery, Alabama 36104.

                              Respectfully submitted,

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Kent Brunson
                  for         Emily M. Ruisanchez
                              Special Assistant U.S. Attorney
                              Soldier Service Center, Bldg. 5700
                              Fort Rucker, Alabama 36362
                              Telephone: (334) 255-9141
                              Fax: (334) 255-1869