IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11542-CC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 0 3 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CALVIN FLOWERS,

Defendant-Appellant.

---

Appeal from the United States District Court for the

Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 3rd day of August, 2007.

A True Copy Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Eleanor Dixon
    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-50