IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                                                     ) | CASE NO.    1:05-cr-118-CSC |
| ) | |
| CALVIN FLOWERS                         ) | |

### ORDER

Before the court is Defendant's Motion for Leave to File Appeal (Doc. #30). Defendant seeks leave to file an appeal of the Magistrate Judge's Order because he erroneously filed his appeal with the circuit court when it should have been filed with this court. A defendant must file a notice of appeal with the clerk of the district court within 10 days of the judgment of conviction or sentencing by the magistrate judge. Fed. R. Crim P. 58(g)(1)(B). Other courts have found that a district court could hear an appeal when the defendant filed a notice of appeal with the district court within ten days but sought relief with the circuit court instead of the district court. *See United States v. Manning-Ross*, 362 F.3d 874, 875 (1st Cir. 2004); *United States v. Sanchez*, 258 F. Supp. 2d 650, 657 (S.D. Tex. 2003); *United States v. Jones*, 117 F.3d 644 (2d Cir. 1997); *United States v. Smith*, 992 F.2d 98, 100 (7th Cir. 1993). Here, while Flowers appealed to the circuit court, he filed a notice of appeal with the clerk of the district court within ten days and thus complied with the mandates of Rule 58(g)(2)(B).

It is ORDERED that the Motion for Leave to File Appeal (Doc. #36) is GRANTED.

DONE this 15th day of October, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE