Contact Us | Morgan & Morgan, Attorneys for Orlando all of Florida

Fort Myers, Florida 33907
Telephone: (800) 896-2709 | **Map & Directions**

**Atlanta, Georgia | The Barnes Law Group, L.L.C.**
191 Peachtree Street NE, Suite 4200
Atlanta, GA 30303
Telephone: (800) 896-3062 | **Map & Directions**

© 2006. All Rights Reserved. Morgan and Morgan, PA | For The People
Support Email: info@forthepeople.com
1-800-896-2709

REF: DEFENDANTS
Autauga/METRO
County
JAIL

CASES FILE AT THE SAME TIME AND DATE

RECEIVED
2007 OCT 26  A 9:54
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES
DISTRICT OF COURTS
FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION or SOUTHERN DIVISION

CASE NO# 1:05 CR 118 CSC

PLAINTIFF
CALVIN FLOWERS
-VS-
MONTGOMERY
CITY
JAIL    DEFENDANTS
FEDERAL Holdover

CIVIL
Action
No#
2:07-CV-553
WHA
(WO) APPEAL
Process

10/23/07

TO The Honorable Judge Watkins Keith W.
I Request a motion to continue all court procedures. I am presently in the custody of the Federal Bureau of Prison's to be release on the 25th day of December 2007. Could we please your honor Due to Difficulties with my mail and my present protective custody hinderance continue my court dates until January 1st of 2008. I know you will break for the Holidays and I will be released. I am currently in the process of Hiring these attorneys But again Due to this facility tampering with my legal mail I am unable to hire them. I get no response from writing them as I did not get a response when I wrote the Judges Albright and Coody. Please continue my court date and cases until I can better communicate and face this in person.

10/4/2007
Calvin Flowers

http://www.forthepeople.com/contact_us.htm

