Good Day Clerk of County                    10/23/07

Please supply me with current status of Both my Cases of Autauga County Jail And Montgomery City Jail. My Case Files are constantly stolen or tampered with. I am requesting A continuence because I must hire an attorney The Three Different Judges of Albright, Coody And Watkins has confused me. Please send me all updated case files and let me know of my appeal process until I get A sure attorney I will handle this to the Best of my ability. I will Be out of Federal custody on 25 Dec 2007 and I wish to continue these cases until then. Please Inform me of the continued process. I have submitted my motion Thank you for your time and diligence.

yours
sincerely
Calvin Flowers

RECEIVED
2001 OCT 26  A 9:55
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA