IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.   1:05-cr-118-CSC |
| | ) | |
| CALVIN FLOWERS | ) | |

**ORDER**

An on-the-record status conference is SET for **November 15, 2007, at 2:00 p.m.**, in Courtroom 2-E of the Frank M. Johnson Jr. United States Courthouse complex, One Church Street, Montgomery, Alabama.

DONE this 31st day of October, 2007.

        /s/  W. Keith Watkins
    UNITED STATES DISTRICT JUDGE