IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:05cr-118-WKW |
| ) | |
| CALVIN FLOWERS   ) | |

### ORDER

It is ORDERED that the on-the-record Status Conference set for November 15, 2007 be and is hereby **RESCHEDULED for November 20, 2007 at 2:00 p.m.** in Courtroom 2E, Frank M. Johnson Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE, this the 14th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE