IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION


UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Cr No.  1:05cr118-WKW
                                  )
CALVIN FLOWERS                    )


ORDER

_____It is ORDERED that the on-the-record Status Conference originally set for

November 20, 2007 be and hereby **is RESCHEDULED for December 6, 2007,  at**

**9:00 a.m.**  This conference shall be by telephone, to be arranged by the government.

    DONE, this the 28th day of November, 2007.


                    /s/   W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE