IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.   1:05-cr-118-CSC |
| | ) | |
| CALVIN FLOWERS | ) | |

## **ORDER**

For good cause shown, it is ORDERED that:

1. Defendant Calvin Flowers's Motion to Continue Court Proceedings (Doc. # 34) is DENIED.

2. Defendant Flowers has filed an appellate brief (Doc. # 31). The government is ordered to file its response brief **on or before December 20, 2007.** Flowers may file his reply brief **on or before January 3, 2008.**

DONE this 6thday of December, 2007.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE