## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

January 2, 2008

## *NOTICE OF DEFICIENCY*/CORRECTION

TO:          Atty Kevin Butler
             SAUSA Emily Ruisanchez

FROM:        Sheila Carnes, Senior Courtroom Clerk

SUBJECT:     USA v Calvin Flowers
             Cr Nos.  1:05cr50-CSC and 1:05cr118-CSC


The following docket entries have been corrected to reflect the actual PDFs attached and to link the documents to the appropriate related entries.

   1:05cr50-CSC:
   07/27/2007   *37   Defendant's BRIEF by Calvin Flowers re 32 Notice of Appeal - Final Judgment 0 (Butler, Kevin) (Entered: 07/27/2007)

   **Correction: Document re-filed as an Appeal of Magistrate Judge Decision to District Court with supporting brief.**

   12/19/2007   *47   BRIEF/RESPONSE in Opposition by USA as to Calvin Flowers re 36 MOTION for Leave to File Appeal (Ruisanchez, Emily) (Entered: 12/19/2007)

   **Correction: Document re-filed as a Government Appeal Brief and linked to Notice of Appeal (dn 37)**

   1:05cr118-CSC:
   07/27/2007   *31   Defendant's BRIEF by Calvin Flowers re 27 Notice of Appeal - Final Judgment 0 (Butler, Kevin) (Entered: 07/27/2007)

   **Correction: Document re-filed as an Appeal of Magistrate Judge Decision to District Court with supporting brief.**

MEMO TO: Counsel of Record
January 2, 2008
Cr Nos. 1:05cr50-CSC and 1:05cr118-CSC

12/19/2007   *41   BRIEF/RESPONSE in Opposition by USA as to Calvin Flowers re 30 MOTION for Leave to File Appeal (Ruisanchez, Emily) (Entered: 12/19/2007)

**Correction: Document re-filed as a Government Appeal Brief and linked to Notice of Appeal (dn 31)**

Please remember to contact our help desk at 334 954-3935, or me at 334 954-3972, for e-filing assistance.