IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V.    ) | Case No.: 1:05-cr-50-CSC  and |
| ) | 1:05-cr-118-CSC |
| ) | |
| **CALVIN FLOWERS**    ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of Defendant, **CALVIN FLOWERS,** in the above-styled case.

Dated this 11th day of January, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Emily M. Ruisanchez, Esq.
Special Assistant U.S. Attorney
Soldier service Center, Bldg. 57000
Fort Rucker, Alabama 36362

            Respectfully submitted,

            s/ Michael J. Petersen
            MICHAEL J. PETERSEN
            Assistant Federal Defender
            201 Monroe Street, Suite 407
            Montgomery, Alabama 36104
            Phone: (334) 834-2099
            Fax: (334) 834-0353
            E-mail: michael_petersen@fd.org
            ASB-5072-E48M